IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| SEARCH WARRANT | ) No. 07-53m-MPT |
| | ) |

### MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court. Any disclosure of any information relating to the search warrant would jeopardize the investigation and the successful execution of the warrant.

COLM F. CONNOLLY
United States Attorney

By:_____
Edmond Falgowski
Assistant United States Attorney

Dated: 3.22.07

**IT IS SO ORDERED** this _22_ day of _March_, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE