# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

▬▬▬▬▬▬ Newark, DE 19702.
described more particularly on
Attachment A

**SEARCH WARRANT**

CASE NUMBER: 07-53m-MPT

REDACTED

TO: __Special Agent William J. Shields__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent William J. Shields__ who has reason to
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▬▬▬▬▬▬ Newark, DE 19702

in the _____ District of __Delaware__ there is now
concealed a certain person or property, namely (describe the person or property)

described more particularly on Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 1, 2007__
                                                         Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
                                                                                    U.S. Judge or Magistrate
as required by law.

FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__March 22, 2007__        at    Wilmington, Delaware
Date and Time Issued              City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| March 22, 2007 | March 27, 2007 8:00 AM | Edward W. Roe |

INVENTORY MADE IN THE PRESENCE OF
Edward W. Roe

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached inventory.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

William J. Shiill   S/A ICE

Subscribed, sworn to, and returned before me this date.

_____     4/9/07
U.S. Judge or Magistrate                 Date

## ATTACHMENT A - DESCRIPTION OF PROPERTY TO BE SEARCHED

███████████ Newark, Delaware, 19702, is a one story, single-family mobile home dwelling, located on the north side of ███████████ The structure has white vinyl siding and a black roof. A peaked gable structure extends up from the roof, in the center of the structure, over the front door. The front of the house has five windows, all framed by green shutters. There is a white door in the approximate middle of the front of the structure. A small porch extends out from the structure in the vicinity of the front door. The number ████ in black, is affixed to the structure to the left of the front door. There is no garage attached to the structure or on the property.

## ATTACHMENT B - ITEMS TO BE SEARCHED FOR AND SEIZED

1. Images of child pornography, as defined in 18 U.S.C. § 2256, including, but not limited to:

    a. any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums. The digital images of child pornography are to include the following:

    ZIP_Files_YOUNG,

    ███████████████████████, which depicts a prepubescent female engaging in a sexual act with an adult male.

    ███████████████████████JPG, which depicts a prepubescent female engaging in a sexual act with an adult male.

    ███████████████████████JPG, which depicts a prepubescent female engaging in a sexual act with an adult male.

    ███████████████████████, which depicts a prepubescent female engaging in a sexual act with an adult male.

    ███████████████████████G, which depicts a prepubescent female engaging in a sexual act with an adult male.

    ███████████████████████, which depicts a prepubescent female engaging in a sexual act with an adult male.

    ███████████, entitle "motherdaugh", which is a video recording depicting a prepubescent female engaging in a sexual act with an adult female.

    ███████████████████████, which depicts a prepubescent female engaging in a sexual act with an adult male.

    ███████████████████████which depicts a prepubescent male engaging in a sexual act with a teen-aged male.

    b.   books and magazines;

    c.   photographs, motion pictures, films, videos, and other recordings.

2.   Any and all input/output peripheral devices, including but not limited to passwords, data security devices and hardware/software manuals.

3.   Information or correspondence pertaining to the receipt, possession or distribution of child pornography that was transmitted or received using a computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

    a.   envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages; and

    b.   books, ledgers, and records.

4.   Records evidencing occupancy or ownership of the subject premises described above, including, but not limited to, deeds, leases, utility and telephone bills.

5.   Records or other items which evidence ownership or use of computer equipment found in the subject residence, including, but not limited to: banking records; sales receipts; bills for Internet access, including AOL; use of email addresses ██████████ and ██████████ and correspondence with the following email addresses:



2

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## CUSTODY RECEIPT FOR RETAINED OR SEIZED PROPERTY
CONTINUATION SHEET

5234, P&PM

| 1. DIST. – PORT | 2. SEIZURE NO. | 3. GENERAL ORDER NO. | 4. OTHER CONTROL NO. | 5. DATE RET./SEIZED 2/27/07 |
|---|---|---|---|---|

20. PROPERTY (By Line Item) Attach CF 58 if conveyance.

| a LINE ITEM NO. | b DESCRIPTION | c CONDITION | d TYPE OF CONTAINER | e U/M | f QTY | g APPRAISED DOMESTIC VALUE | h HELD BY DIST. |
|---|---|---|---|---|---|---|---|
| | ONE COMPAQ PRESARIO s/n# MYK3370FPL | | | | | | |
| | ONE COMPAQ PRESARIO s/n CNH44406XG | | | | | | |
| | ONE IOMEGA ZIP DRIVE s/n P9HL3881F7 | | | | | | |
| | ONE VIDEO TAPE - BABES BANGING BOYS #7 | | | | | | |
| | ONE HP PAVILION s/n KR03402468 | | | | | | |
| | ONE COMPAQ PRESARIO MODEL 4540 s/n 6801BSWN0483 | | | | | | |
| | ONE BAG MISC PERSONAL DOCUMENTS | | | | | | |
| | ONE BAG 61 CD ROM DISKS | | | | | | |
| | ONE BAG 87 3.5 INCH DISKS | | | | | | |
| | ONE IOMEGA 250 MEG DISK | | | | | | |
| | TWO IMATION 120 MEG DISKS | | | | | | |
| | ONE COMCAST WIRELESS ROUTER 409440309101 ONE LINKSYS ROUTER S/N C2760CAM2939 | LINKSYS | USB NETWORK ADAPTOR SER# M4130CC05C1D | | | | |
| | 11 VHS TAPES | | | | | | |
| | 7 VHS TAPES | | | | | | |
| | 2 EMPTY CD CASES | | | | | | |
| | 3 MAGAZINES | | | | | | |
| | MISC COMPUTER DOCUMENTS | | | | | | |
| | ONE HP PAVILION A1606N SER# MXX6470700 | | | | | | |
| | 29 CD ROM DISKS | | | | | | |
| | 3.5 INCH DISK   3 EA | | | | | | |
| | 1, 250 MEG ZIP DISK | | | | | | |
| | 1 POWER RANGERS CAMERA | | | | | | |
| | 1 BAG MISC DOCS | | | | | | |

Left margin: ROE BEDROOM / LIVING ROOM

Signatures:
* Edmund Kee
* Patrick M. McCain S/A
* Frank Mauro

Customs Form 6051A (121685)